FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 08 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| BRIAN I. WILSON; | ) | No. 4:22CR 00270 JM |
| ADAN MENDOZA; | ) | |
| BERNARD COBB, JR. | ) | 18 U.S.C. § 922(g)(1) |
| MICHAEL ODOM; | ) | 18 U.S.C. § 924(c)(1)(A) |
| DAVID CHAD LANE; | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| CARL D. HERRING; | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| DONALD LEE; | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| SAMUEL L. JOHNSON; and | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| BRADLEY A. WILSON | ) | 21 U.S.C. § 843(b) |
| | ) | 21 U.S.C. § 846 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

A.  From in or about November 2021, until on or about September 7, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

BRIAN I. WILSON,
ADAN MENDOZA,
BERNARD COBB, JR.,
MICHAEL ODOM,
DAVID CHAD LANE,
CARL D. HERRING,
DONALD LEE,
SAMUEL L. JOHNSON, and
BRADLEY A. WILSON,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3

B. With respect to defendants BRIAN I. WILSON, ADAN MENDOZA, BERNARD COBB, JR., MICHAEL ODOM, DAVID CHAD LANE, CARL D. HERRING, and DONALD LEE, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams or more methamphetamine (actual), in violation of Title 21, United States Code, Section 841(b)(1)(A).

C. With respect to defendants SAMUEL L. JOHNSON and BRADLEY A. WILSON, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, and 5 grams or more, but less than 50 grams, of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 10, 2021, in the Eastern District of Arkansas, the defendants,

BRIAN I. WILSON and BERNARD COBB, JR.,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

On or about January 26, 2022, in the Eastern District of Arkansas, the defendant,

BRIAN I. WILSON,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

On or about February 8, 2022, in the Eastern District of Arkansas, the defendant,

SAMUEL L. JOHNSON,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about February 8, 2022, in the Eastern District of Arkansas, the defendant,

SAMUEL L. JOHNSON,

knowingly and intentionally possessed with intent to distribute at least 5 grams, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

A.   On or about February 8, 2022, the defendant,

SAMUEL L. JOHNSON,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Delivery of a Controlled Substance, Possession of a Controlled

Substance, Possession of Drug Paraphernalia, and Maintaining a Drug Premises, in Pulaski County, Arkansas, Circuit Court in case number CR-11-640.

B.      On or about February 8, 2022, in the Eastern District of Arkansas, the defendant,

SAMUEL L. JOHNSON,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      A Taurus, model G2s, 9mm handgun, bearing serial number TLZ50923; and

2.      A Smith and Wesson, model Bodyguard, .380 ACP caliber pistol, bearing serial number KDL5057.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about February 8, 2022, in the Eastern District of Arkansas, the defendant,

SAMUEL L. JOHNSON,

knowingly and intentionally possessed at least one of the following firearms, that is: a Taurus, model G2s, 9mm handgun, bearing serial number TLZ50923, and a Smith and Wesson, model Bodyguard, .380 ACP caliber pistol, bearing serial number KDL5057, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1, 4, and 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 8

On or about February 25, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 9

On or about May 10, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly and intentionally distributed at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 10

On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 11

On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 12

A. On or about May 19, 2022, the defendant,

CARL D. HERRING,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Manufacture/Delivery/Possession of Methamphetamine and two counts of Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in case number CR-02-258;

2. Possession of a controlled Substance and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in case number CR-14-3153;

3. Possession of a controlled Substance and Possession of Drug Paraphernalia, in Pope County, Arkansas, Circuit Court in case number CR-19-989; and

4. Theft by Receiving, in Lonoke County, Circuit Court in case number CR-19-541.

B. On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly possessed, in and affecting commerce, a firearm, that is: an Astra, model 2000 Cub, .22 short caliber handgun, bearing serial number 100513, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13

On or about May 19, 2022, in the Eastern District of Arkansas, the defendant,

CARL D. HERRING,

knowingly and intentionally possessed a firearm, that is: an Astra, model 2000 Cub, .22 short caliber handgun, bearing serial number 100513, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1, 10, and 11 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 14

On or about March 12, 2020, in the Eastern District of Arkansas, the defendant,

MICHAEL ODOM,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 15

On or about February 1, 2022, in the Eastern District of Arkansas, the defendant,

MICHAEL ODOM,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 16

On or about January 28, 2022, in the Eastern District of Arkansas, the defendant,

BERNARD COBB, JR.,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 17

On or about January 22, 2022, in the Eastern District of Arkansas, the defendant,

DAVID CHAD LANE,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 18

On or about February 15, 2022, in the Eastern District of Arkansas, the defendant,

BRADLEY A. WILSON,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846, all in violation of Title 21, United States Code, Section 843(b).

## COUNT 19

On or about January 27, 2022, in the Eastern District of Arkansas, the defendant,

SAMUEL L. JOHNSON,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

On or about January 31, 2022, in the Eastern District of Arkansas, the defendant,

DONALD LEE,

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count 1 of this Indictment, in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION 1

Upon conviction of any Counts 1 through 20 of this Indictment, the defendants, BRIAN I. WILSON, ADAN MENDOZA, BERNARD COBB, JR., MICHAEL ODOM, BRADLEY A. WILSON, CARL D. HERRING, SAMUEL L. JOHNSON, and DONALD LEE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of any Counts 1 through 20 of this Indictment, the defendants, BRIAN I. WILSON, ADAN MENDOZA, BERNARD COBB, JR., MICHAEL ODOM, DAVID CHAD LANE, BRADLEY A. WILSON, CARL D. HERRING, SAMUEL L. JOHNSON, and DONALD LEE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of any Counts 1 through 20 of this Indictment, the defendants, BRIAN I. WILSON, ADAN MENDOZA, BERNARD COBB, JR., MICHAEL ODOM, DAVID CHAD LANE, BRADLEY A. WILSON, CARL D. HERRING, SAMUEL L. JOHNSON, and DONALD LEE, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 4

Upon conviction of Count 1 or Count 17 of the Indictment, the defendant, DAVID CHAD LANE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, approximately $19,218 in U.S. Currency.

[End of text. Signature page to follow.]