# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**v.**             **NO. 4:22-cr-00270-JM**

**BRIAN WILSON (1)**             **DEFENDANTS**
**ADAN MENDOZA (2)**
**BERNARD COBB, JR. (3)**
**MICHAEL ODOM (4)**
**DAVID CHAD LANE (5)**
**CARL D. HERRING (6)**
**DONALD LEE (7)**
**SAMUEL JOHNSON (8)**
**BRADLEY WILSON (9)**

## ORDER

Pending before the Court is Defendant Brian Wilson's motion for continuance of his jury trial scheduled for February 5, 2024. (Doc. No. 121). Counsel for the government and co-defendants have stated no objection to the continuance.

The Court has fully considered the motion for continuance and finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants for a speedy trial in that the issues are such that to deny the motion would deny counsel for the defendants the reasonable time necessary for effective preparation for trial and inherent development of any and all proper defenses which might be averred in the defendant's behalf.

The Court finds that no severance has been granted in this case. Since the defendants are jointly indicted on similar evidence from the same event, their trial should be conducted on the same date.

IT IS THEREFORE ORDERED that the defendant's motion for continuance be, and is hereby, GRANTED. (Doc. No. 121). Therefore, this matter is rescheduled for trial to a jury to begin at 9:15 a.m., on **MONDAY, APRIL 15, 2024,** in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Counsel for the parties shall file a joint report with the Court on or before *March 15, 2024*, answering the following questions:

1. Is this case ready for trial or a plea?

2. If trial-ready, how many trial days do counsel anticipate they will need?

3. If a party intends to seek a continuance of the current trial setting, how long a delay will be requested and why?

If the defendant requests, the Government must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(a)(1)(G) 60 days before trial. If the Government requests, the defendant must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(b)(1)(C) 30 days before trial.

Counsel for the parties shall file with the Court on or before *March 25, 2024*, any pre-trial motions. A response to any motion is due seven calendar days after the motion is filed.

Jury instructions should be electronically submitted to the Court by *April 4, 2024*, to **jmchambers@ared.uscourts.gov**.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) as to defendant Brian Wilson and 18 U.S.C. § 3161(h)(6) as to defendants Adan Mendoza, Bernard Cobb, Michael Odom, David Chad Lane, Carl Herring, Donald Lee, Samuel Johnson and Bradley Wilson.

Dated this 28th day of December, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE